# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2021

*The Court of Appeals hereby passes the following order:*

**A20A2048. BOWERS v. THE STATE.**

On June 9, 2020, this Court granted Appellant's application for discretionary appeal. Having reviewed the parties' briefs and the complete record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/05/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*